SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-643 PA (PJWx) | Date | April 8, 2010 |
|---|---|---|---|
| Title | Leota Ann Frank v. Daima Calhoun, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS — ORDER TO SHOW CAUSE

      Before the Court are plaintiff Leota Ann Frank's Request for representation, protective order, and early hearing (Docket No. 21); Request for Leave of Court for a Ruling on Attorney Representation, Right to File Motion in Limine and Right to Amend Complaint (Docket No. 23); and Request in Limine (Docket No. 24).

      Federal Rule of Civil Procedure 7(b)(1) provides that "[a] request for a court order must be made by motion." Further, any such motion must: "(A) be in writing unless made during a hearing or trial; (B) state with particularity the grounds for seeking the order; and (C) state the relief sought. Fed. R. Civ. P. 7(b)(1). Central District Local Rule 7 sets forth the manner in which motions are to be brought before the Court. Motions must be filed at least 28 days in advance of the hearing date, and must be accompanied by a notice of motion setting forth a concise statement of the relief or action that the movant seeks. Plaintiff is cautioned that the Court may decline to consider any motion that fails to follow the rules set forth in the Federal Rules of Civil Procedure, the Local Rules, or the Court's Standing Order.

      Here, because Plaintiff's Requests do not conform with the requirements set forth in the Federal Rules of Civil Procedure, the Local Rules, or the Court's Standing Order, they are hereby stricken. If Plaintiff continues to file documents outside those prescribed by the Rules, she may be subject to sanctions.

      IT IS SO ORDERED.

:

Initials of Preparer